ANDRE J. CRONTHALL, Cal. Bar No. 117088
FRED R. PUGLISI, Cal. Bar No. 121822
CATHERINE LA TEMPA, Cal. Bar No. 162865
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213/620-1780
Facsimile: 213/620-1398

Attorneys for Defendant Mid-West National Life
Insurance Company of Tennessee and
specially appearing Defendants UICI and
UICI Marketing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE E. HART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UICI, MID-WEST NATIONAL LIFE INSURANCE COMPANY OF AMERICA, NADINE EVANS, UICI MARKETING, INC., ALLIANCE FOR AFFORDABLE SERVICES, SPECIALIZED ASSOCIATION SERVICES, CORNERSTONE AMERICA, DOES 1-50, inclusive.<br><br>Defendants. | CASE NO. C 06 0196<br><br>**AGREED STIPULATION EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>ORDER |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

-1-

W02-LA:LWJ\70791035.1                                    AGREED STIPULATION TO ANSWER OR
                                                         OTHERWISE RESPOND TO COMPLAINT

1. Plaintiff Clyde E. Hart ("Plaintiff") and Defendants, subject to their right to arbitrate, Mid-West National Life Insurance Company of Tennessee ("Mid-West"),[1] the Alliance for Affordable Services (the "Alliance"), Nadine Evans ("Ms. Evans"), unnamed John Doe defendants 1-50, and specially appearing Defendants UICI, UICI Marketing, Inc. ("UICI Marketing"), and Specialized Association Services ("SAS")[2] (collectively, the "Defendants"), by and through their respective counsel, hereby stipulate and agree:

2. The deadline for all Defendants to move, answer, or otherwise respond to Plaintiff's Complaint, which was removed to this Court on January 11, 2006, shall be extended to February 6, 2006.

3. Good cause exists to extend the response date and counsel for all parties have met and conferred and agree that the extension will allow the parties to focus their resources on issues relevant to this action and related actions without prejudicing any of the parties, and will preserve judicial resources and the resources of the parties.

The parties hereby so stipulate.

---

[1] Mid-West was improperly named in the Complaint as Mid-West National Life Insurance Company of America.

[2] This Stipulation continues Defendants UICI, UICI Marketing, and SAS's time to move, answer, or otherwise respond to the Complaint without waiving their right to challenge this Court's jurisdiction over them pursuant to, *inter alia*, Federal Rule of Civil Procedure 12(b)(2) and any right to arbitrate.

DATED: January 17, 2006

Respectfully submitted,

STUART LAW FIRM

By _____
            Antony Stuart

Attorneys For Plaintiff
Clyde E. Hart

DATED: January 17, 2006

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
        ANDRE J. CRONTHALL
        FRED R. PUGLISI
        CATHERINE LA TEMPA

Attorneys for Defendant Mid-West National Life Insurance Company of Tennessee and specially appearing Defendants UICI and UICI Marketing, Inc.

DATED: January ___, 2006

Respectfully submitted,

MARION'S INN

By _____
        Kennedy P. Richardson

Attorneys for the Alliance for Affordable Services and specially appearing Defendant SAS

-3-

W02-LA:LWN00791035.1

AGREED STIPULATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

01/17/2006 13:10 5104511711 MARION'S INN PAGE 02
01/17/2006 12:43 FAX 2138302083 ☐004
Case 3:06-cv-00196-SC Document 12 Filed 01/19/06 Page 4 of 5

Jan 17 06 10:56a    JEFFREY OCHRACH    916-784-7099    p.4

Jan 17 06 09:16a    JEFFREY OCHRACH    916-784-7099    p.4



1 | DATED: January 17, 2006    Respectfully submitted,
2 | STUART LAW FIRM
3 |
4 | By _____
  |              Antony Stuart
5 |
  | Attorneys For Plaintiff
6 | Clyde E. Hart
7 |
8 | DATED: January ___, 2006    Respectfully submitted,
9 | SHEPPARD, MULLIN, RICHTER &
10| HAMPTON LLP
11|
12| By _____
13|              ANDRE J. CRONTHALL
  |              FRED R. PUGLISI
14|              CATHERINE LA TEMPA
15| Attorneys for Defendant Mid-West National
  | Life Insurance Company of Tennessee and
16| specially appearing Defendants UICI and
  | UICI Marketing, Inc.
17|
18|
19| DATED: January 17, 2006    Respectfully submitted,
20| MARION'S INN
21|
22| By _____
  |              Kennedy P. Richardson
23|
  | Attorneys for the Alliance for
24| Affordable Services and specially
  | appearing Defendant SAS
25|
26|
27|
28|
            -3-
W02-LA:LWX00779305.1    AGREED STIPULATION TO ANSWER OR
                        OTHERWISE RESPOND TO COMPLAINT

DATED: January 17, 2006

Respectfully submitted,

THE LAW OFFICES OF JEFFREY H. OCHRACH

By _____
Jeffrey H. Ochrach
Attorneys for Nadine Evans



IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-4-

W02-LA:LWJ\70791035.1

AGREED STIPULATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT