UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE E. HART, | No. 06-0196 SC |
| Plaintiff, | |
| v. | ORDER STAYING ACTION PENDING RESOLUTION OF OPPOSITION TO CONDITIONAL TRANSFER ORDER |
| UICI, MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE, NADINE EVANS, ALLIANCE FOR AFFORDABLE SERVICES, UICI MARKETING, CORNERSTONE AMERICA, SPECIALIZED ASSOCIATION SERVICES, and DOES 1-50, inclusive, | |
| Defendants. | |

The Judicial Panel on Multidistrict Litigation ("Panel") has issued a conditional transfer order that would, if finalized, transfer control of this case to the Panel. A notice of opposition to the transfer order has been filed and is currently pending before the Panel. Because this Court finds that the interests of judicial economy are best served by staying this action until the Panel issues its ruling on the transfer order, all motions and case management conferences currently noticed before this Court are hereby STAYED pending resolution of the opposition to the transfer order by the Panel.

IT IS SO ORDERED.

Dated: February 22, 2006

_____
UNITED STATES DISTRICT JUDGE